UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:15-MJ-1047 |
| | § | |
| JULIAN HINOJOSA | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)   There is a serious risk that the defendant will not appear; and

(2)   There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant was on probation for driving while intoxicated at the time of the commission of the instant offense. Therefore, the defendant has shown an unwillingness or inability to comply with court ordered supervision. Further, the supervising state probation officer will be filing a motion to revoke the defendant's probation and requesting that no bond be set. The defendant is currently a poor candidate for bond. If the defendant's pending motion to revoke probation is resolved and the defendant does not have an active warrant or detainer, counsel for defendant may file a motion to re-open the detention hearing. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 25th day of August, 2015.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge